

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00410-CV

| | |
|---|---|
| RAWNDA DRAPER, MARK SCOTT, MEGAN SCOTT, JEREMY FENCEROY, AND BRADLEY HERBERT, Appellants | § On Appeal from the 67th District Court |
| | § of Tarrant County (067-310481-19) |
| V. | |
| CITY OF ARLINGTON, TEXAS, AND W. JEFF WILLIAMS, MAYOR OF THE CITY OF ARLINGTON, Appellees | § July 15, 2021 |
| | § Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellants Rawnda Draper, Mark Scott, Megan Scott, Jeremy Fenceroy, and Bradley Herbert must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr